1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

| | |
|---|---|
| GERALD A. BENSON, ) | 1:11-cv-1321 GSA |
| ) | |
| Plaintiff, ) | **ORDER GRANTING APPLICATION TO** |
| ) | **PROCEED WITHOUT PREPAYMENT** |
| v. ) | **OF FEES OR COSTS** |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | (Document 2) |
| ) | |
| Defendants. ) | |

18

19      Plaintiff is proceeding pro se and has requested leave to proceed in forma pauperis

20  pursuant to Title 28 of the United States Code section 1915(a).  Plaintiff has made the showing

21  required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be

22  granted.  28 U.S.C. § 1915(a).

23      Plaintiff is advised that the Court is required to screen complaints of pro se litigants

24  pursuant to Title 28 of the United States Code section 1915A(a).  The Court must dismiss a

25  complaint or portion thereof if the litigant has raised claims that are legally "frivolous or

26  malicious," that fail to state a claim upon which relief may be granted, or that seek monetary

27

28                                1

relief from a defendant(s) who is immune from such relief.  28 U.S.C. § 1915A(b)(1)&(2).  As a result, summonses will not issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.  The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

     IT IS SO ORDERED.

**Dated:    August 18, 2011**          _____**/s/ Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE

2